# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER LOPEZ, | No. CV 11-07273-JST (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the first Amended Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: __11/16/11__

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE